IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FRESH & EASY, LLC, [1]<br><br>　　　　　　　　　　　　Debtor. | Chapter 11<br><br>Case No. 15-12220 (BLS) |
| Peter S. Kravitz, as Liquidating Trustee of the Fresh & Easy Liquidating Trust,<br>　　　　　　　　　　　　Plaintiff,<br>vs.<br><br>Kimberly-Clark Corporation,<br>　　　　　　　　　　　　Defendant. | Adv. No. 16-51825 |

### NOTICE OF DISMISSAL OF ADVERSARY PROCEEDING

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Bankruptcy Procedure 7041 and Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff voluntarily dismisses this action in its entirety with prejudice.  An answer has not been filed.

Dated: June 22, 2017　　　　　　　　　　**FOX ROTHSCHILD LLP**

By:　*/s/ L. John Bird*
　　　L. John Bird (DE No. 5310)
　　　919 North Market Street, Suite 300
　　　Wilmington, DE 19801
　　　(302) 654-7444 (telephone)
　　　(302) 656-8920 (facsimile)

　　　*-and-*

　　　Mette H. Kurth *(admitted pro hac vice)*
　　　1800 Century Park East, Suite 300
　　　Los Angeles, CA 90067
　　　(310) 598-4150 (telephone)
　　　(310) 556-9828 (facsimile)

　　　*Counsel to Peter S. Kravitz, as Liquidating Trustee of the Fresh & Easy Liquidating Trust*

　　　*-and-*

---

[1] The last four digits of the Debtor's federal taxpayer identification number are 8906. The Debtor's mailing address is 20101 Hamilton Avenue, Suite 350, Torrance, CA 90502.

**ASK LLP**

Joseph L. Steinfeld, Jr., Esq., MN SBN 0266292
Kara E. Casteel, Esq., MN SBN 0389115
2600 Eagan Woods Drive, Suite 400
St. Paul, MN  55121
Telephone: (651) 406-9665  ext. 846
Fax: (651) 406-9676
Email: kcasteel@askllp.com

*-and-*

Edward E. Neiger, Esq.
151 West 46th Street, 4th Fl.
New York, NY  10036
Telephone: (212) 267-7342
Fax: (212) 918-3427

*Special Counsel for Peter S. Kravitz, as Liquidating Trustee of the Fresh & Easy Liquidating Trust*